NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| WILNICK DORVAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD CASHIO,<br><br>　　　　　Defendant. | Civ. No. 18-32<br>(Consolidated with<br>Civ. No. 16-50,<br>Civ. No. 18-15,<br>Civ. No. 18-29, and<br>Civ. No. 19-23)<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

　　　For the reasons set forth in the Court's Opinion on this same day,

　　　IT IS, on this 21st day of January, 2020,

　　　ORDERED that Plaintiff's Motion for Judgment on the Pleadings (ECF No. 33) is DENIED; and it is further

　　　ORDERED that Plaintiff's Motion for Entry of Default Judgment (ECF No. 38) is DENIED.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Thompson*
　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.